CHARLFTTE HARBOR & NORTHPRN RAILWAY COMPANY, A
CORPORATION, *Plaintiff in Error,* v. HARRY ORCHARD,
*Defendant in Error.*

Decision Filed January 23, 1922.

A Writ of Error to a Judgment of the Circuit Court
within and for the County of DeSoto; George W. White-
hurst, Judge.

*McKay & Withers* and *Treadwell & Treadwell,* for Plain-
tiff in Error;

*Leitner & Leitner,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of
the judgment aforesaid and argument of counsel for the
respective parties, and the record having been seen and in-
spected, and the court being now advised of its judgment
to be given in the premises, it seems to the court that there
is no error in the said judgment; it is, therefore, con-
sidered, ordered and adjudged by the court that the said
judgment of the Circuit Court be, and the same is hereby,
affirmed.

All concur.